IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KATHERINE RAY, pro se**                                                        **PLAINTIFF**

v.                                                         **No. 4:04CV197-M-B**

**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 9, 2006, was on that date duly served electronically upon counsel for the parties; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated March 9, 2006, is approved and adopted as the opinion of the Court.

    2. That the decision of the Commissioner of Social Security denying benefits is, hereby, **AFFIRMED**.

    **THIS**, the 7th day of April, 2006.

                                                                    /s/ Michael P. Mills
                                                           **UNITED STATES DISTRICT JUDGE**